# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAWN ANDREWS, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION 25-0441-WS-C |
| **CITY OF GULF SHORES,** | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the parties' stipulation and the terms of the Settlement Agreement and Release, (Doc. 8-1), approved by the Court on January 12, 2026, (Doc. 10), final judgment is hereby **entered** in favor of plaintiffs Shawn Andrews and Stacy McElroy and against defendant City of Gulf Shores in the total amount of $65,360.86, allocated as follows:

1. To plaintiff Shawn Andrews:
    (a) $17,538.81 in FLSA overtime wages; and
    (b) $17,538.81 in FLSA liquidated damages.

2. To plaintiff Stacy McElroy:
    (a) $11,641.62 in FLSA overtime wages; and
    (b) $11,641.62 in FLSA liquidated damages;

3. To plaintiffs' counsel, Loper Law LLC, $7,000.00 in attorneys' fees and costs pursuant to 29 U.S.C. § 216(b). Except as expressly set out above, each party to bear its own attorneys' fees and costs.

DONE this 29th day of January, 2026.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE